

Robert N. Calbi, Kansas City, MO, for appellant.

John K. Allinder, Independence, MO, for respondent.

Before ELLIS, C.J.,
BRECKENRIDGE and HOLLIGER, JJ.

### ORDER

Donald L. Cain, Melissa Stanosheck, Co-Counsel, Kansas City, MO, for respondent.

Before SPINDEN, P.J.,
BRECKENRIDGE and NEWTON, JJ.

### ORDER

PER CURIAM.

N.A.P. appeals from the judgment in a delinquency proceeding that found that he committed acts which, if committed by an adult, would have constituted the class A felony of statutory sodomy in the first degree, section 566.062, RSMo 2000, and the class B felony of child molestation in the first degree, section 566.067, RSMo 2000. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the trial court is affirmed. Rule 84.16(b).

**In the Interest of N.A.P., Appellant,**

**W.S. (Mother), L.S. (Father),
Defendant,**

v.

**Juvenile Officer, Respondent.**

**No. WD 61025.**

Missouri Court of Appeals,
Western District.

May 6, 2003.

Kimberly A. Carrington, Kansas City, MO, for appellant.